UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EBURY STREET CAPITAL LLC, et al., <br><br> Plaintiffs, <br> -v- <br> CADENCE BANK, N.A., <br><br> Defendant. | 20 Civ. 874 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed plaintiffs' complaint. Dkt. 5. To ensure that there is a basis for diversity jurisdiction, plaintiffs' counsel are directed to file a letter that identifies whether any of the plaintiffs' members or partners, *see id.* at 3, are corporations. If so, counsel must identify the place of incorporation and principal place of business for each of those members or partners. In addition, counsel are to identify the place of incorporation and principal place of business of defendant Cadence Bank, N.A. Counsel are directed to file such a letter by February 18, 2020.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 4, 2020.
    New York, New York